249 F.2d 656
 Frank A. LOWERY, as owner of the barges, THE INEZ LOWERY and
THE MAE LOWERY, Libellant-Appellee,
v.
HUDSON RIVER DAY LINE, Inc., and THE PETER STUYVESANT,
Respondent-Appellant.
 No. 14, Docket 24070.
 United States Court of Appeals Second Circuit.
 Argued Oct. 18, 1957.
Decided Nov. 29, 1957.
 
 O'Connor & Randolph, New York City (Edward L. P. O'Connor and Anthony J. Randolph, New York City, of Counsel), for libellant-appellee.
 Hill, Betts & Nash, New York City (Eli Ellis, New York City, of counsel), for respondent-appellant.
 Before MEDINA, HINCKS and WATERMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the findings and opinion of Judge Galston, 132 F.Supp. 629.